### 31370. WILLIAMS v. THE STATE.

MACINTYRE, J. The defendant was convicted of "involuntary manslaughter." His motion for a new trial, which contained the general grounds only, was overruled and he excepted. The evidence authorized the verdict, and the judge did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED OCTOBER 24, 1946. REHEARING DENIED NOVEMBER 4, 1946.

*P. Z. Geer,* for plaintiff in error.

*R. A. Patterson, Solicitor-General, Miller & Head,* contra.